The Pretrial Order entered on August 13, 2013, shall continue to govern the trial.

**SO ORDERED.**
**SIGNED this 11th day of October, 2013**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

/s/ Richard Stair Jr.
**UNITED STATES BANKRUPTCY JUDGE**

_____

*IN THE UNITED STATES BANKRUPTCY COURT FOR THE*
*EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**JOHNNY RAY TAYLOR,**            Case No. **12-35006**
           Chapter 7

     Debtor.

**MICHAEL H. FITZPATRICK, TRUSTEE,**

     Plaintiff,

vs.            Adversary Proceeding No. 13-3047

**JOHNNY RAY TAYLOR,**

     Defendant.

**AGREED ORDER CONTINUING TRIAL DATE**

It is hereby **ORDERED** as follows:

By agreement of the parties, the trial date currently set for Monday, November 18, 2013 at 9:00am is continued until Wednesday December 11, 2013 at 1:30pm.

###

**APPROVED:**

MICHAEL H. FITZPATRICK, TRUSTEE

*/s/ Ryan E. Jarrard*
RYAN E. JARRARD, ESQ.
BPR NO. 024525

**QUIST, CONE & FISHER, PLLC**
2121 First Tennessee Plaza
Knoxville, TN 37929-2121
865-524-1873
rej@qcflaw.com

JOHNNY RAY TAYLOR

*/s/ John H. Fowler*
JOHN H. FOWLER, ESQ.
BPR NO. 01831
112 Bruce Street
Sevierville, TN 37862
865-428-3196